UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RAMIREZ GONZALEZ (A-099-215-823),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX,<br><br>Respondent. | No. 1:26-cv-6771 DJC CSK<br><br><u>ORDER</u> |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 15, 2026, the district court granted the petition for writ of habeas corpus and ordered respondent to afford petitioner a bond hearing within fourteen days. (ECF No. 11.) Petitioner received a bond hearing on September 25, 2026, following which bond was denied. (ECF No. 13-1 at 1-3.) On October 5, 2026, petitioner filed a motion to enforce the judgment and motion for appointment of counsel. (ECF No. 14.) Petitioner claims that the bond hearing he received on September 25, 2026 did not comply with the district court's September 15, 2026 order or due process. (Id.) On October 9, 2026, the district court referred this matter to the assigned magistrate judge. (ECF No. 15.)

Because petitioner may be entitled to the requested relief, respondent is directed to file a response to petitioner's motion to enforce the judgment. This Court will defer ruling on

petitioner's motion for appointment of counsel until after reviewing respondent's response to petitioner's motion to enforce the judgment

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's motion to enforce the judgment within 7 days from the date of this order. Respondent shall also file a recording of the September 25, 2026 bond hearing.

2. Petitioner's reply to respondent's response to the motion to enforce the bond hearing, if any, is due within 10 days after being served with a copy of respondent's response.

Dated: October 15, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gonz6771.ord.imm/2